**No. 58622.**—Rosenfeld Kent Co., Inc. *v.* United States, protest 209777–K (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the linoleum the subject of *United States* v. *Pacific Overseas Co.*, *W. J. Byrnes & Co.* (42 C. C. P. A. 1, C. A. D. 559), the claim of the plaintiff was sustained.

**No. 58623.**—Swan Mill, Inc. *v.* United States, protest 236317–K (New York).

Opinion by RAO, J.   It was stipulated that the merchandise is similar in all material respects to the paper napkins the subject of *Wesley & Winter, Inc.* v. *United States* (32 Cust. Ct. 24, C. D. 1575).   Upon the agreed statement of facts and following the cited authority, it was held that the merchandise is dutiable at 15 percent under paragraph 1413, as modified, *supra.*

**No. 58624.**—Radio Corp. of America, RCA Victor Division *v.* United States, protests 146806–K and 150847–K (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper coverings containing phonograph records the subject of *United States* v. *Radio Corp. of America, RCA Victor Division* (41 C. C. P. A. 137, C. A. D. 541), the claim of the plaintiff was sustained.